UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY ROBINSON,

                Plaintiff,

-against-

PARVU RAMLAGAN,

                Defendant.

23cv10506 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 10, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 10, 2024
            New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge